### Arthur HALL, Movant, v. COMMON-WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
June 19, 1953.

Fritz Krueger, Somerset, for appellant. J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for appeal from a judgment of the Pulaski Circuit Court, convicting movant on a charge of having alcoholic liquor in his possession for purpose of sale in local option territory, and imposing a fine of $200 and 60 days in jail. A second offense.

The facts, questions raised, authorities cited and applicable law have been carefully reviewed by the court and no prejudicial error found.

The judgment is affirmed under authority of Reynolds v. Commonwealth, Ky.1953, 257 S.W.2d 514.

### G. M. FAULKNER et al., Movants, v. Kelly J. JAMESON, Opposed.

Court of Appeals of Kentucky.
June 19, 1953.

Marvin Cornett, Stanford, for movants. Cabell D. Francis, Stanford, for opposed.

PER CURIAM.

Motion for an appeal from judgment of the Lincoln Circuit Court dismissing movant's petition for $753.47. This appeal comes within the purview of KRS 21.080, as amended by Chapter 24 of the Acts of 1952.

The facts, questions raised and authorities cited and law applicable have been carefully reviewed by this Court and no prejudicial error is found.

The judgment is affirmed.